# MISSOURI WESTERN DISTRICT - **KANSAS CITY**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

| Case Caption: Wilson, Jr. et al v. Jackson County Missouri et al | Case No. **4:25-cv-00487-BP** |
|---|---|
| Appellant: **Leonard Wilson, Jr.** | Appellee: **Jackson County Missouri et al** |

Appellant's Attorney(s):
**David Edward Roland**
Goldwater Institute
500 East Coronado Road
Phoenix, AZ 85004
602-462-5000
Email: litigation@goldwaterinstitute.org
**John Michael Patton**
Missouri Attorney General's Office-KC
615 East 13th Street
Suite 401
Kansas City, MO 64106
816-889-2250
Email: michael.patton@ago.mo.gov
**Louis Joseph Capozzi , III**
Office of The Missouri Attorney General
Solicitor General
815 Olive Street
Suite 200
St. Louis, MO 63101
717-802-2077
**Email: louis.capozzi@ago.mo.gov**
**Victoria Lowell**
Missouri Attorney General's Office-StL
815 Olive Street
Suite 200
St. Louis, MO 63101
314-340-4792
Email: victoria.lowell@ago.mo.gov
**Alex Reed Buttram**
Missouri Attorney General's Office-StL
815 Olive Street
Suite 200
St. Louis, MO 63101
573-508-3430
Email: alex.buttram@ago.mo.gov

Appellee's Attorney(s):
**Eric Honea**
Jackson County, Missouri
Office of the County Counselor
415 East 12th Street
Ste 200
Kansas City, MO 64106
816-881-3442
Email: eric.honea@jacksongov.org
**Joyce A. Johnson**
Litigation
4435 Main Street
Suite 920
Kansas City, MO 64111
816-673-3722
Email: jjohnson@wwbhlaw.com

| | |
|---|---|
| Court Reporter(s):<br><br>N/A | Please return files and documents to:<br>**United States District Court**<br>**400 East 9th Street, Room 1510**<br>**Kansas City, MO   64106**<br><br>Contact Person for Appeal:<br>Jonathan_Cole@mow.uscourts.gov |

| Length of Trial: | Fee: | IFP: | Pending IFP Motion: |
|---|---|---|---|
| N/A | Paid | No | No |
| **Counsel:** | **Pending Motions?** | **Local Interest?** | **Simultaneous Release?** |
| Retained | No | No | No |

**Special Comments:**